### CARL H. ROESCH *v.* LILA ROESCH
### (9803)

O'CONNELL, HEIMAN and CRETELLA, Js.

Argued January 17—decision released February 11, 1992

*Francis Thomas Daley,* for the appellant (plaintiff).

*Deborah L. Grover,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed in all respects except that, by stipulation of the parties, the amount of attorney's fees to be paid by the plaintiff to the defendant shall be $12,463.88.